**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2128**

———————

MUZIO B. ROBERTO; MARY K. ROBERTO,

Plaintiffs - Appellants,

versus

MONTGOMERY COUNTY, MARYLAND, A Body Corporate
Politic; JOHN B. LEWIS; DAVID FALCINELLI,
Officer; JOSEPH F. NAPOLI; MARION S. NAPOLI;
MONIQUE HAFREY; MATTHEW W. BLACK,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-1873-AW)

———————

Submitted:  January 20, 2000        Decided:  January 28, 2000

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Muzio B. Roberto, Mary K. Roberto, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muzio B. Roberto and Mary K. Roberto appeal from the district court's orders dismissing their civil action and denying their motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roberto v. Montgomery County, No. CA-99-1873-AW (D. Md. July 7 & Aug. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED